No. 00–485. FAULKNER ET AL. *v.* BRISTER ET AL. C. A. 5th Cir. Motion of American Council on Education for leave to file a

brief as *amicus curiae* granted.   Certiorari denied.